598

In the Matter of a Certain Contract Filed in the Office of the Comptroller of the City of New York as No. 104951, Dated June 12th, 1931, between THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and FISCHBACH & MOORE, INC., for a Public Improvement Consisting of the Electric Work for the Brooklyn Technical High School at DeKalb Avenue and Fort Greene Place in the Borough of Brooklyn, New York City. FISCHBACH & MOORE, INC., Contractor, Appellant; WESTING-HOUSE ELECTRIC AND MANUFACTURING COMPANY and Others, Respondents.— Orders reversed, with twenty dollars costs and disbursements, the motion to strike out the notice and demand under section 36-d of the Lien Law served upon the contractor, requiring it to serve the verified statement mentioned in said section granted, and the cross-motion denied; and the motion directing service of the verified statement by the contractor upon Westinghouse Electric and Manufacturing Company denied. Section 36-d of the Lien Law does not apply to contracts made before its provisions went into effect. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BETTY SHON, Respondent, v. THE 871 SEVENTH AVENUE HOTEL CORPORATION, Appellant.— Order modified by further granting items 2, 7 and 9 of the notice of examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

INTERIORS IMPORTING CORPORATION, Appellant, v. CLAUDIA KAISER and Another, Respondents.— Order reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley, J., dissents and votes for affirmance on the ground that the second cause of action for necessaries is not entitled to a preference under the rule.

SOLOMON SCHEER, Appellant, v. MAGIDOFF-KOUZEL, INC., and Others, Respondents.— Order modified so as to provide that the plaintiff be not required to furnish the particulars contained in the order appealed from until after the completion of the plaintiff's examination of the defendants before trial, and so as to provide that, if plaintiff is without information as to any of the particulars ordered, the plaintiff may state such lack of knowledge under oath in lieu of furnishing such particulars, and as so modified affirmed, without costs. No opinion. Verified bill of particulars to be served within thirty days from service of order. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ONE PARK ROW, INC., and Others, Respondents, v. RALPH PULITZER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

JAMES H. CAAN, Respondent, v. JOSEPH STEIR and Another, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted except as to the first defense. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

VIRGIE WHITCOMB TARBELL, Respondent, v. SWIFT TARBELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.